161 F.3d 764
 BROWN & WILLIAMSON TOBACCO CORPORATION; Lorillard Tobacco
Company; Philip Morris, Incorporated; RJ
Reynolds Tobacco Company, Plaintiffs--Appellants,
and
Coyne Beahm, Incorporated; Liggett Group, Incorporated,
v.
FOOD & DRUG ADMINISTRATION; David A. Kessler, M.D.,
Commissioner of Food and Drugs, Defendants--Appellees.
Attorneys General of the State of Minnesota; State of
Alaska; of Arizona; State of Arkansas; State of Colorado;
State of Connecticut; State of Florida; State of Hawaii;
State of Illinois; State of Indiana; State of Iowa; State
of Louisiana; State of Kansas; State of Maine; State of
Maryland; State of Massachusetts; State of Michigan;
State of Mississippi; State of Missouri; State of Montana;
State of Nevada; State of New Hampshire; State of New
Jersey; State of New Mexico; State of New York; State of
North Dakota; State of Ohio; State of Oklahoma; State of
Oregon; State of Pennsylvania; State of Rhode Island;
State of South Dakota; State Of Texas; State of Utah;
State of Vermont; State of Washington; State of West
Virginia; State of Wisconsin; The City and County of San
Francisco; Public Citizen; The American Academy of
Pediatrics; American Cancer Society; American College
Preventive Medicine; American Heart Association; American
Lung Association; American Medical Association; American
Medical Women's Association; American Public Health
Association; American Society of Addiction Medicine; The
HMO Group; National Association of Elementary School
Principals; National Association of Secondary School
Principals; National Center for Tobacco-Free Kids; State
of Kentucky; Washington Legal Foundation ("WLF"); Mario
Andretti; Don Garlits; Al Unser; Rusty Wallace; Cale
Yarborough; Richard Burr, Cass Ballenger, Howard Coble,
United States Representatives, Lauchcloth, United States
Senator, Amici Curiae.
COYNE BEAHM, INCORPORATED; Brown & Williamson Tobacco
Corporation; Philip Morris, Incorporated; RJ Reynolds
Tobacco Company; National Association of Convenience
Stores; Acme Retail, Incorporated; United States Tobacco
Company; Conwood Company, LP; National Tobacco Company,
LP; Pinkerton Tobacco Company; Swisher International,
Incorporated; Central Carolina Grocers, Incorporated; J.T.
Davenport, Incorporated; North Carolina Tobacco
Distributors Committee, Incorporated; The American
Advertising Federation; American Association of Advertising
Agencies; Association of National Advertisers,
Incorporated; Magazine Publishers of America; The Outdoor
Advertising Association of America, Incorporated; Point of
Purchase Advertising Institute; Lorillard Tobacco Company,
Plaintiffs--Appellees,
and
Liggett Group, Incorporated, Plaintiff,
v.
FOOD & DRUG ADMINISTRATION; David A. Kessler, M.D.,
Commissioner of Food and Drugs, Defendants--Appellants.
Attorneys General of the State of Minnesota; State of
Alaska; State of Arizona; State of Arkansas; State of
Colorado; State of Connecticut; State of Florida; State
of Hawaii; State of Illinois; State of Indiana; State of
Iowa; State of Louisiana; State of Kansas; State of
Maine; State of Maryland; State of Massachusetts; State
of Michigan; State of Mississippi; State of Missouri;
State of Montana; State of Nevada; State of New Hampshire;
State of New Jersey; State of New Mexico; State of New
York; State of North Dakota; State of Ohio; State of
Oklahoma; State of Oregon; State of Pennsylvania; State
of Rhode Island; State of South Dakota; State of Texas;
State of Utah; State of Vermont; State of Washington;
State of West Virginia; State of Wisconsin; City and
County of San Francisco; Public Citizen; The American
Academy of Pediatrics; American Cancer Society; American
College Preventive Medicine; American Heart Association;
American Lung Association; American Medical Association;
American Medical Women's Association; American Public
Health Association; American Society of Addiction Medicine;
The HMO Group; National Association of Elementary School
Principals; National Association of Secondary School
Principals; National Center for Tobacco-Free Kids; State
of Kentucky; Washington Legal Foundation, ("WLF"); Mario
Andretti; Don Garlits; Al Unser; Rusty Wallace, Cale
Yarborough; Richard Burr, Cass Ballenger, Howard Coble,
United States Representatives, Lauch Faircloth, United
States Senator, Amici Curiae.
COYNE BEAHM, INCORPORATED; Brown & Williamson Tobacco
Corporation; Lorillard Tobacco Company; Philip Morris,
Incorporated; RJ Reynolds Tobacco Company; United States
Tobacco Company; Conwood Company, LP; National Tobacco
Company, LP; Pinkerton Tobacco Company; Swisher
International, Incorporated; Central Carolina Grocers,
Incorporated; J.T. Davenport, Incorporated; North Carolina
Tobacco Distributors Committee, Incorporated; The American
Advertising Federation; American Association of Advertising
Agencies; Association of National Advertisers,
Incorporated; Magazine Publishers of America; The Outdoor
Advertising Association of America, Incorporated; Point of
Purchase Advertising Institute; National Association of
Convenience Stores; Acme Retail, Incorporated, Plaintiffs--appellees,
and
Liggett Group, Inc., Plaintiff,
v.
FOOD & DRUG ADMINISTRATION; David A. Kessler, M.D.,
Commissioner of Food and Drugs, Defendants--Appellants.
Attorneys General of the State of Minnesota; State of
Alaska; State of Arizona; State of Arkansas; State of
Colorado; State of Connecticut; State of Florida; State
of Hawaii; State of Illinois; State of Indiana; State of
Iowa; State of Louisiana; State of Kansas; State of
Maine; State of Maryland; State of Massachusetts; State
of Michigan; State of Mississippi; State of Missouri;
State of Montana; State of Nevada; State of New Hampshire;
State of New Jersey; State of New Mexico; State of New
York; State of North Dakota; State of Ohio; State of
Oklahoma; State of Oregon; State of Pennsylvania; State
of Rhode Island; State of South Dakota; State of Texas;
State of Utah; State of Vermont; State of Washington;
State of West Virginia; State of Wisconsin; City and
County of San Francisco; Public Citizen; The American
Academy of Pediatrics; American Cancer Society; American
College Preventive Medicine; American Heart Association;
American Lung Association; American Medical Association;
American Medical Women's Association; American Public
Health Association; American Society of Addiction Medicine;
The HMO Group; National Association of Elementary School
Principals; National Association of Secondary School
Principals; National Center for Tobacco-Free Kids; State
of Kentucky; Washington Legal Foundation, ("WLF"); Mario
Andretti; Don Garlits; Al Unser; Rusty Wallace, Cale
Yarborough; Richard Burr, Cass Ballenger, Howard Coble,
United States Representatives, Lauch Faircloth, United
States Senator, Amici Curiae
NATIONAL ASSOCIATION OF CONVENIENCE STORES; Acme Retail,
Incorporated, Plaintiffs--Appellants,
v.
David A. KESSLER, Commissioner of the Food & Drug
Administration; Food & Drug Administration,
Defendants--Appellees.
Attorneys General of the State of Minnesota; State of
Alaska; State of Arizona; State of Arkansas; State of
Colorado; State of Connecticut; State of Florida; State
of Hawaii; State of Illinois; State of Indiana; State of
Iowa; State of Louisiana; State of Kansas; State of
Maine; State of Maryland; State of Massachusetts; State
of Michigan; State of Mississippi; State of Missouri;
State of Montana; State of Nevada; State of New Hampshire;
State of New Jersey; State of New Mexico; State of New
York; State of North Dakota; State of Ohio; State of
Oklahoma; State of Oregon; State of Rhode Island; State
of South Dakota; State of Texas; State of Utah; State of
Vermont; State of Washington; State of Wisconsin; State
of West Virginia; City and County of San Francisco; Public
Citizen; The American Academy of Pediatrics; American
Cancer Society; American College Preventive Medicine;
American Cancer Society; American Lung Association;
American Medical Association; American Medical Women's
Association; American Public Health Association; American
Society of Addiction Medicine; The HMO Group; National
Association of Elementary School Principals; National
Association of Secondary School Principals; National Center
For Tobacco-Free Kids; State of Kentucky; Washington Legal
Foundation, ("WLF"); Mario Andretti, Don Garlits; Al
Unser; Rusty Wallace; Cale Yarborough; Richard Burr, Cass
Ballenger, Howard Coble, United States Representatives,
Lauch Faircloth, United States Senator, Amici Curiae.
UNITED STATES TOBACCO COMPANY; Brown & Williamson Tobacco
Corporation; Conwood Company, LP; National Tobacco
Company, LP; Pinkerton Tobacco Company; Swisher
International, Incorporated; Central Carolina Grocers,
Incorporated; J.T. Davenport, Incorporated; North Carolina
Tobacco Distributors Committee, Incorporated, Plaintiffs--Appellants,
v.
FOOD & DRUG ADMINISTRATION; David A. Kessler, M.D.,
Commissioner of Food and Drugs, Defendants--Appellees.
Attorneys General of the State of Minnesota; State of
Alaska; State of Arizona; State of Arkansas; State of
Colorado; State of Connecticut; State of Florida; State
of Hawaii; State of Illinois; State of Indiana; State of
Iowa; State of Louisiana; State of Kansas; State of
Maine; State of Maryland; State of Massachusetts; State
of Michigan; State of Mississippi; State of Missouri;
State of Montana; State of Nevada; State of New Hampshire;
State of New Jersey; State of New Mexico; State of New
York; State of North Dakota; State of Ohio; State of
Oklahoma; State of Oregon; State of Pennsylvania; State
of Rhode Island; State of South Dakota; State of Texas;
State of Utah; State of Vermont; State of Washington;
State of Wisconsin; State of West Virginia; City and
County of San Francisco; Public Citizen; The American
Academy of Pediatrics; American Cancer Society; American
College Preventive Medicine; American Heart Association;
American Lung Association; American Medical Association;
American Medical Women's Association; American Public
Health Association; American Society of Addiction Medicine;
The HMO Group; National Association of Secondary School
Principals; National Association of Secondary School
Principals; National Center For Tobacco-Free Kids; State
of Kentucky; Washington Legal Foundation, ("WLF"); Mario
Andretti; Don Garlits; Al Unser; Rusty Wallace; Cale
Yarborough; Richard Burr, Cass Ballenger, Howard Coble,
United States Representatives; Lauch Faircloth, United
States Senator, Amici Curiae.
 Nos. 97-1604, 97-1581, 971606, 97-1614 and 97-1605.
 United States Court of Appeals,
Fourth Circuit.
 Nov. 10, 1998.
 Prior report: 153 F.3d 155
 O R D E R
 
 1
 On a poll of the court on the petition for rehearing en banc there voted in favor of rehearing en banc Judges Murnaghan, M. Blane Michael and Motz, and there voted against rehearing en banc Judges Widener, Ervin, Niemeyer, Luttig, Williams and Traxler.
 
 
 2
 It is accordingly ADJUDGED and ORDERED that the petition for rehearing en banc shall be, and it hereby is, denied.
 
 
 3
 The panel considered the petition for rehearing and is of opinion it is without merit.
 
 
 4
 It is accordingly ADJUDGED and ORDERED that the petition for rehearing shall be, and it hereby is, denied.
 
 
 5
 With the concurrence of Judge James H. Michael.
 
 
 6
 Judge Hall dissents. He would grant the petition for rehearing for the reasons expressed in his separate opinion filed with the opinion of the panel.
 
 
 7
 Chief Judge Wilkinson, and Judges Wilkins, Hamilton and King, being disqualified, did not participate in this decision.